## HIRONS *v.* WARDEN OF MARYLAND PENITENTIARY

[H. C. No. 12, October Term, 1953.]

*Decided December 1, 1953.*

Before SOBELOFF, C. J., DELAPLAINE, COLLINS, HENDERSON and HAMMOND, JJ.

HENDERSON, J., delivered the opinion of the Court.

This is the fourth application by this petitioner for leave to appeal from the denial of a writ of *habeas corpus*.

*Hirons v. Warden,* 196 Md. 679; 198 Md. 662, 80 A. 2d 608; 201 Md. 652, 92 A. 2d 751. He has filed no brief in this court, but an examination of the grounds alleged below clearly shows that all of the points now raised were passed on, adversely to the petitioner, in the prior applications.

*Application denied, with costs.*